AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Commodity Futures Trading Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    26-cv-4419 |
| Michele Spagnuolo | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commodity Futures Trading Commission                                                    .

Date:     05/27/2026

/s/ Benjamin J. Rankin
*Attorney's signature*

Benjamin J. Rankin, N.Y. Bar No. 5101977
*Printed name and bar number*

Commodity Futures Trading Commission
Division of Enforcement
290 Broadway, 6th Floor
New York, NY 10007
*Address*

brankin@cftc.gov
*E-mail address*

(646) 746-9794
*Telephone number*

(646) 746-9888
*FAX number*