**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,** | Civil Action No. 26-cv-4419 |
| **Plaintiff,** | **MOTION FOR ADMISSION PRO HAC VICE** |
| **v.** | |
| **MICHELE SPAGNUOLO,** | |
| **Defendant.** | |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, attorney applicant John Dunfee hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Commodity Futures Trading Commission in the above-captioned action.

I am a member in good standing of the bars of the State of Maryland and the District of Columbia, and there are no pending disciplinary proceedings against me. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Civil Rule 1.3.

Dated: June 3, 2026         Respectfully submitted,

s/ John Dunfee
John Dunfee (*pro hac vice* applicant)
Assistant Task Force Chief
Division of Enforcement
Commodity Futures Trading Commission
1155 21st Street, NW, Washington, DC 20581
(202) 418-5396 (office)
jdunfee@cftc.gov