**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,**<br><br>   **Plaintiff,**<br><br>  **v.**<br><br>**MICHELE SPAGNUOLO,**<br><br>   **Defendant.** | Civil Action No. 26-cv-4419 |

**DECLARATION OF JOHN DUNFEE**
**IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, John Dunfee, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney representing Plaintiff Commodity Futures Trading Commission. I submit this Declaration in support of my Motion for Admission Pro Hac Vice in the above-captioned case.

2. I am a member in good standing of the bars of the District of Columbia and the State of Maryland.  Attached hereto are true and correct copies of Certificates of Good Standing issued by the District of Columbia Court of Appeals and the Supreme Court of Maryland within the last year.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no disciplinary proceedings presently pending against me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, DC on June 3, 2026

_____
John Dunfee (*pro hac vice* applicant)

2