**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MICHELE SPAGNUOLO,**<br><br>**Defendant.** | Civil Action No. 26-cv-4419<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, attorney applicant Paul G. Hayeck hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Commodity Futures Trading Commission in the above-captioned action.

I am a member in good standing of the bar of the Commonwealth of Massachusetts, and there are no pending disciplinary proceedings against me.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached the affidavit pursuant to Local Civil Rule 1.3.

Dated:  June 3, 2026

Respectfully submitted,

s/ Paul G. Hayeck

Paul G. Hayeck (*pro hac vice* applicant)
Deputy Director, Division of Enforcement
Commodity Futures Trading Commission
1155 21st Street, NW, Washington, DC 20581
(202) 418-5312 (office)
phayeck@cftc.gov