**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,** | Civil Action No. 26-cv-4419 |
| **Plaintiff,** | |
| **v.** | |
| **MICHELE SPAGNUOLO,** | |
| **Defendant.** | |

**DECLARATION OF PAUL G. HAYECK
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Paul G. Hayeck, declare pursuant to 28 U.S.C. § 1746 as follows:

1.      I am an attorney representing Plaintiff Commodity Futures Trading Commission. I submit this Declaration in support of my Motion for Admission Pro Hac Vice in the above-captioned case.

2.      I am a member in good standing of the bar of the Commonwealth of Massachusetts.  Attached hereto is a true and correct copy of a Certificate of Good Standing issued by the Supreme Judicial Court for the Commonwealth of Massachusetts within the last year.

3.      I have never been convicted of a felony.

4.      I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5.      There are no disciplinary proceedings presently pending against me.

I declare under penalty of perjury that the foregoing is true and correct.

2

Executed in Washington, DC on June 3, 2026

                                    Paul G. Hayeck (*pro hac vice* applicant)