## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,** | Civil Action No. 26-cv-4419 |
| **Plaintiff,** | **[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |
| **v.** | |
| **MICHELE SPAGNUOLO,** | |
| **Defendant.** | |

The motion of attorney applicant Paul G. Hayeck, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Massachusetts; and that his contact information is as follows:

Paul G. Hayeck
Commodity Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581
(202) 418-5312 (office)
phayeck@cftc.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Commodity Futures Trading Commission in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2026

_____
**UNITED STATES DISTRICT JUDGE**