**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>       Plaintiff,<br><br>   v.<br><br>MICHELE SPAGNUOLO,<br><br>       Defendant. | Case No. 26-cv-04419 |

## <u>NOTICE OF APPEARANCE</u>

Please enter my appearance as counsel for Defendant Michele Spagnuolo in the above-captioned action.  I certify that I am admitted to practice in this Court.

Dated: June 3, 2026
      New York, NY

By:    */s/ Shawn Crowley*
        Shawn Crowley
        HECKER FINK LLP
        350 Fifth Avenue, 63rd Floor
        New York, New York 10118
        Tel: (212) 763-0883
        Fax: (212) 564-0883
        scrowley@heckerfink.com

        *Counsel for Michele Spagnuolo*