**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

COMMODITY FUTURES TRADING
COMMISSION,

        Plaintiff,

   v.

MICHELE SPAGNUOLO,

        Defendant.

Case No. 26-cv-04419

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Defendant Michele Spagnuolo in the above-captioned action.  I certify that I am admitted to practice in this Court.

Dated: June 3, 2026
     New York, NY

        By:    */s/ Michael Ferrara*
             Michael Ferrara
             HECKER FINK LLP
             350 Fifth Avenue, 63rd Floor
             New York, New York 10118
             Tel: (212) 763-0883
             Fax: (212) 564-0883
             mferrara@heckerfink.com

             *Counsel for Michele Spagnuolo*