**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | |
| Plaintiff, | Case No. 26-cv-04419 |
| v. | |
| MICHELE SPAGNUOLO, | |
| Defendant. | |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Defendant Michele Spagnuolo in the above-captioned action.  I certify that I am admitted to practice in this Court.

Dated: June 3, 2026
      New York, NY

By:    */s/ Allison Durkin*
          Allison Durkin
          HECKER FINK LLP
          350 Fifth Avenue, 63rd Floor
          New York, New York 10118
          Tel: (212) 763-0883
          Fax: (212) 564-0883
          adurkin@heckerfink.com

          *Counsel for Michele Spagnuolo*