**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, | Case No. 26-cv-4419-MKV |
| Plaintiff, | |
| v. | Hon. Mary Kay Vyskocil |
| MICHELE SPAGNUOLO, | |
| Defendant. | |

## MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Rule 1.4(b) of the Local Rules of the United States District Court for the Southern District of New York, the undersigned, Alyson Cohen, respectfully moves to withdraw her appearance as counsel of record in the above-captioned proceeding for Plaintiff Commodity Futures Trading Commission ("CFTC").  Ms. Cohen will be departing the CFTC effective July 3, 2026. Following Ms. Cohen's withdrawal, the CFTC will continue to be represented in this matter by other counsel of record from the CFTC.

 Dated:        June 30, 2026

                              ATTORNEY FOR PLAINTIFF COMMODITY FUTURES
                              TRADING COMMISSION

                                /s/ Alyson Cohen
                                Alyson Cohen
                                Trial Attorney
                                Commodity Futures Trading Commission
                                Division of Enforcement
                                290 Broadway 6th Floor
                                New York, NY 10007
                                acohen@cftc.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel who have appeared in this matter.

*s/ Alyson Cohen*
Alyson Cohen