USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MICHELE SPAGNUOLO,<br><br>Defendant. | Case No. 26-cv-4419-MKV<br><br>Hon. Mary Kay Vyskocil |

### ORDER GRANTING MOTION FOR

### WITHDRAWAL AS COUNSEL OF RECORD

The Court, having considered the motion seeking leave, pursuant to Rule 1.4(b) of the Local Rules of the United States District Court for the Southern District of New York, for Alyson Cohen to withdraw as counsel of record in the above-captioned proceeding for Plaintiff Commodity Futures Trading Commission, and it appearing to the Court that the requested relief is appropriate,

**IT IS HEREBY ORDERED** that Alyson Cohen is granted leave to withdraw as counsel of record in this action, effective immediately, and that Ms. Cohen shall be removed from the Court's CM/ECF electronic notification list for these proceedings.

Dated: 7/1/2026

SO ORDERED:

_Mary Kay Vyskocil_