USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 9/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

-against-

MICHELE SPAGNUOLO,

Defendant.

1:26-cv-4419-MKV

ORDER GRANTING MOTION TO INTERVENE AND STAY ACTION

MARY KAY VYSKOCIL, United States District Judge:

WHEREAS, the Government submitted a motion, [ECF No. 20], seeking to intervene in this action and to stay this matter in its entirety until the conclusion of the parallel criminal action, *United States v. Michele Spagnuolo*, No. 26 Cr. 278 (AT) (the “Criminal Case”), in which an indictment has been returned; and

WHEREAS, Defendant Michele Spagnuolo takes no position on the Government’s request to stay this matter in its entirety, and the Commodity Futures Trading Commission (“CFTC”), consents to the stay of this matter in its entirety; and

WHEREAS, the Court finds that a stay of this matter in its entirety until the conclusion of the Criminal Case against the Defendant is in furtherance of the interests of justice and will not prejudice any party;

IT IS HEREBY ORDERED that the Government’s motion to intervene is GRANTED.

IT IS FUTHER ORDERED that this matter is STAYED in its entirety until the completion of the Criminal Case.

The Clerk of Court is respectfully requested to terminate docket entry 20 and stay the case.

**SO ORDERED.**

Mary Kay Vyskocil

**Date: September 30, 2026**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**